In the Matter of the Judicial Settlement of the Account of Proceedings of Mary E. Godley, as Executrix, etc., of Richard D. Godley, Deceased.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Petition of Mechanics Bank of Brooklyn to Render and Settle Its Account as Executor, etc., of Charles Jerome Edwards, Deceased. Mechanics Bank of Brooklyn, Appellant, v. Edith W. Edwards, Respondent. — Order of the Surrogate's Court of Kings county granting motion for examination of executor, pursuant ot section 263 of the Surrogate's Court Act, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

Joseph Kennedy, Appellant, v. John Kane and John J. Kane, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Madeline Kline, Respondent, v. Harry Kline, Appellant.— Order granting motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

Walter Loeb, Milton Lichtenstein and Julius J. Popper, Appellants, v. Chatham Garage, Inc., Respondent.— Judgment reversed upon the law, and new trial granted, with costs to appellants to abide the event. We think that at the close of plaintiffs' case there was sufficient evidence to call upon defendant for its proof. Kelly, P. J., Kapper and Lazansky, JJ., concur; Manning and Young, JJ., dissent, and vote to affirm.

Albert Manowitz, Respondent, v. Eva Slifka, Appellant. Irving Slifka, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Ciro Mennella, Respondent, v. Munson Steamship Line, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

Mamie McCarthy, Appellant, v. John L. McCarthy, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Mary Murphy, an Infant, by James Murphy, Her Guardian ad Litem, Respondent, v. William M. Mills, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Leah Novick, Respondent, v. Louis Halperin, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Helen M. Olsen, an Infant, by Charles Olsen, Her Guardian ad Litem,